UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABC RECYCLING INDUSTRIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BORATE CO., et al., <br><br> Defendants. | Case No. 2:16-cv-00046-JCM-PAL <br><br> ORDER <br><br> (Mot Admit Govt Atty – Dkt. #14) |

Before the court is the Motion to Admit Government Attorney to Practice in the District of Nevada for Duration of Attorney's Government Employment (Dkt. #14) filed February 10, 2016, filed on behalf of Defendants Bureau of Land Management, Sally Jewel, Deborah MacNeill and United States Department of the Interior.  The government asks that Marissa A. Piropato, an attorney with the United States Department of Justice, Environment & Natural Resources Division, be admitted to practice in the District of Nevada for this case and in all matters in this district during the period of employment by the United States.  The court will grant the motion in this case, but will not admit her in any future case(s) filed for the duration of her government employment as this is a matter for the judges in future cases to decide.

**IT IS ORDERED** that the Motion to Admit Government Attorney to Practice in the District of Nevada for Duration of Attorney's Government Employment (Dkt. #14) is **GRANTED** to the extent that Marissa A. Piropato, attorney with the United States Department of Justice, Environment & Natural Resources Division, shall be allowed to appear in the District of Nevada for this case, and **DENIED** to the extent that she seeks to appear in future case(s) in this district during the period of her employment by the United States.

DATED this 23rd day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE